# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2022-4175

———————————————

SUSANA G. MARANON,

Appellant,

v.

GERMAN A. MARANON,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

April 18, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Curtis W. Brannon, Crestview, for Appellant.

Tonya C. Petermann of Tonya C. Petermann, P.A., Fort Walton Beach, for Appellee.